UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Silvio R. Illescas,

                         Petitioner,                    **ORDER**

      -against-                                17 Civ. 5385 (VB)(AEK)

Thomas Griffin,

                        Respondent.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      On January 11, 2021, Petitioner filed a "Motion for Reconstruction Hearing." ECF No. 71. Respondent is hereby ordered either to file a response to the motion, or to inform the Court that Respondent does not wish to do so, **by no later than January 29, 2021**.

      The Clerk of the Court is directed to mail a copy of this order to <u>Pro Se</u> Petitioner.

Dated: January 21, 2021
       White Plains, New York

                                              **SO ORDERED.**

                                              _____
                                              ANDREW E. KRAUSE
                                              United States Magistrate Judge