*Copies Mailed/Faxed*
*Chambers of Vincent L. Briccetti*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

SILVIO R. ILLESCAS,  :

             Petitioner,  :

v.  :

THOMAS GRIFFIN,  :

             Respondent.  :

------------------------------------------------------------x

**ORDER**

17 CV 5385 (VB)

On December 9, 2025, the Court received a letter from petitioner dated December 2, 2025. (Doc. #90). In this letter, petitioner requests the Court send him a copy of the magistrate judge's Report and Recommendation ("R&R") and a copy of the docket sheet pertaining to his case.

The Court notes that copies of the R&R and the magistrate judge's order denying petitioner's application for appointment of counsel were mailed to petitioner on December 1, 2025.

Nevertheless, the Court has enclosed additional copies of the R&R (Doc. #88) and the magistrate judge's order denying the application for appointment of counsel (Doc. #89), as well as a copy of the docket sheet in this case.

In addition, the deadline for petitioner to file objections, if any, to the R&R is extended to **January 12, 2026**.

Chambers will mail a copy of this Order and the enclosed materials to petitioner at the address listed on the docket.

Dated: December 11, 2025
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge