Copies Mailed/Faxed
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

SILVIO R. ILLESCAS,
                          Petitioner,                    :

v.                                                        :          **ORDER**

THOMAS GRIFFIN,                                           :          17 CV 5385 (VB)
                          Respondent.                    :
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/16/25

On December 11, 2025, the Court received a letter from petitioner dated December 3, 2025. (Doc. #92). In this letter, petitioner requests a 60-day extension of time to file his objections to the magistrate judge's Report and Recommendation ("R&R"). Petitioner claims an extension until February 3, 2026 is warranted due to (i) his search for a legal assistant to help him reply to the R&R, (ii) limited access to the law library, and (iii) the holiday season.

Although the Court has already extended the deadline to file objections to January 12, 2026, petitioner's request to extend the deadline to **February 3, 2026**, is GRANTED.

Chambers will mail a copy of this Order to petitioner at the address listed on the docket.

Dated: December 16, 2025
        White Plains, NY

                                        SO ORDERED:

                                        _____
                                        Vincent L. Briccetti
                                        United States District Judge