UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

SILVIO R. ILLESCAS,

                Petitioner,

v.

THOMAS GRIFFIN,

                Respondent.

--------------------------------------------------------------x

**ORDER**

17 CV 5385 (VB)

On January 27, 2026, the Court received a letter from petitioner dated January 17, 2026. (Doc. #94). In this letter, petitioner requests an extension of time to file his objections to the magistrate judge's Report and Recommendation ("R&R"). Petitioner claims an extension until April 3, 2026 is warranted due to (i) his upcoming colonoscopy procedure, (ii) his continued search for a legal assistant to help him reply to the R&R, and (iii) the fact that his previous prison allegedly lost documents related to his case.

Petitioner also requests the Court provide him with copies of documents related to his case—specifically orders by the magistrate judge related to petitioner's motions to stay. (Docs. ##16, 25, 29).

Although the Court has already extended the deadline to file objections twice, petitioner's request to extend the deadline to **April 3, 2026,** is GRANTED. Further, the Court has enclosed additional copies of the documents requested by petitioner.

Chambers will mail a copy of this Order and the enclosed materials to petitioner at the address listed on the docket.

Dated: January 28, 2026
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-28-26

Copies Mailed/Faxed 1-28-26
Chambers of Vincent L. Briccetti