UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

SILVIO R. ILLESCAS,

                    Petitioner,

v.

THOMAS GRIFFIN,

                    Respondent.

-------------------------------------------------------------x

**ORDER**

17 CV 5385 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5|19|26

Copies Mailed/Faxed 5|19|26
Chambers of Vincent L. Briccetti

On May 19, 2026, the Court received a letter from petitioner dated May 7, 2026.  (Doc. #97).  In this letter, petitioner (i) offers technical corrections to his previously submitted objections to the magistrate judge's Report and Recommendation ("R&R"), and (ii) seeks leave to file a renewed motion for appointment of counsel.

Petitioner's corrections to his objections to the R&R are noted.

Petitioner's request for leave to file a renewed motion for appointment of counsel is DENIED.  The magistrate judge has twice denied petitioner's previous motions for appointment of counsel.  (Docs. ##50, 89).  Petitioner's letter gives the Court no reason to revisit those decisions.

Chambers will mail a copy of this Order to petitioner at the address listed on the docket.

Dated: May 19, 2026
       White Plains, NY

                          SO ORDERED:

                          _____
                          Vincent L. Briccetti
                          United States District Judge