UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

SILVIO R. ILLESCAS, :
Petitioner, :
v. : **ORDER**
:
THOMAS GRIFFIN, Superintendent, : 17 CV 5385 (VB)
Green Haven Correctional Facility, :
Respondent. :

-----------------------------------------------------------x

On September 14, 2026, the Court received a letter from petitioner dated September 4, 2026 (Doc. #102), requesting that the Court issue a certificate of appealability.

In its order dated July 23, 2026, which adopted the magistrate judge's Report & Recommendation and denied the petition for a writ of habeas corpus, the Court stated: "As petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253(c)(2); Love v. McCray, 413 F.3d 192, 195 (2d Cir. 2005)." (Doc. #99 at 10). In other words, the Court has already denied petitioner's request for a certificate of appealability. To the extent petitioner is seeking reconsideration of that order, that request is DENIED.

Chambers will mail a copy of this Order to petitioner at the address listed on the docket.

Dated: September 18, 2026
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge